**No. 09-1238. Dennis Hollingsworth, et al., Petitioners v. United States District Court for the Northern District of California, et al.**

562 U.S. 801, 131 S. Ct. 372, 178 L. Ed. 2d 1, 2010 U.S. LEXIS 6478.

October 4, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit with instructions to dismiss the case as moot. See United States v. Munsingwear, Inc., 340 U.S. 36, 71 S. Ct. 104, 95 L. Ed. 36 (1950).

**No. 09-1404. Teamsters Local Union No. 523, Petitioner v. National Labor Relations Board, et al.**

562 U.S. 801, 131 S. Ct. 109, 178 L. Ed. 2d 1, 2010 U.S. LEXIS 6557.

October 4, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Tenth Circuit for further consideration in light of New Process Steel, L.P. v. NLRB, 560 U.S. 674, 130 S. Ct. 2635, 177 L. Ed. 2d 162 (2010).

Same case below, 590 F.3d 849.

**No. 09-9085. Richard Lee, Petitioner v. United States.**

562 U.S. 801, 131 S. Ct. 66, 178 L. Ed. 2d 1, 2010 U.S. LEXIS 6629.

October 4, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and the petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of that court's en banc opinion in United States v. Corner, 598 F.3d 411 (CA7 2010). Justice Kagan took no part in the consideration or decision of this motion and this petition.

Same case below, 352 Fed. Appx. 112.

**No. 09-10316. Jimmy Joel Beasley, Petitioner v. United States.**

562 U.S. 801, 131 S. Ct. 79, 178 L. Ed. 2d 1, 2010 U.S. LEXIS 6622.

October 4, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of Carr v. United States, 560 U.S. 438, 130 S. Ct. 2229, 176 L. Ed. 2d 1152 (2010).

Same case below, 361 Fed. Appx. 86.

**No. 09-10329. Derrick Lamont Summers, Petitioner v. United States.**

562 U.S. 801, 131 S. Ct. 80, 178 L. Ed. 2d 1, 2010 U.S. LEXIS 6365.

October 4, 2010. On petition for writ of certiorari to the United States Court of

1

Appeals for the Fourth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010). Justice Kagan took no part in the consideration or decision of this motion and this petition.

Same case below, 361 Fed. Appx. 539.

**No. 09-10337. Tomas Mares-Calderon, Petitioner v. United States; and Mauro Varilla-Quevado, Petitioner v. United States.**

562 U.S. 801, 131 S. Ct. 80, 178 L. Ed. 2d 2, 2010 U.S. LEXIS 6585.

October 4, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. Motion of petitioners for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010). Justice Kagan took no part in the consideration or decision of this motion and this petition.

Same case below, 370 Fed. Appx. 518 (first judgment); 365 Fed. Appx. 583 (second judgment).

**No. 09-10438. Maurice Haltiwanger, Petitioner v. United States.**

562 U.S. 802, 131 S. Ct. 81, 178 L. Ed. 2d 2, 2010 U.S. LEXIS 6503.

October 4, 2010. On petition for writ of certiorari to the United States Court of

Appeals for the Eighth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010). Justice Kagan took no part in the consideration or decision of this motion and this petition.

Same case below, 356 Fed. Appx. 918.

**No. 09-10491. Michael Lewis White, Petitioner v. United States.**

562 U.S. 802, 131 S. Ct. 84, 178 L. Ed. 2d 2, 2010 U.S. LEXIS 6469.

October 4, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 362 Fed. Appx. 348.

**No. 09-10847. Omar Carrizosa-Flores, Petitioner v. United States.**

562 U.S. 802, 131 S. Ct. 114, 178 L. Ed. 2d 2, 2010 U.S. LEXIS 6334.

October 4, 2010. On petition for writ of certiorari to the United States Court of appeals for the Fifth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of Carachuri-